1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                       CENTRAL DISTRICT OF CALIFORNIA

9

10   CARLOS M. QUEZADA,                    )   No. CV 10-5103 JVS (FFM)
                                           )
11                  Petitioner,            )   ORDER ACCEPTING FINDINGS,
                                           )   CONCLUSIONS AND
12         v.                              )   RECOMMENDATIONS OF
                                           )   UNITED STATES MAGISTRATE JUDGE
13   K. HARRINGTON (WARDEN),               )
                                           )
14                  Respondent.            )
     _____)
15

16         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

17   and files herein, and the Report and Recommendation of the United States Magistrate

18   Judge.  Petitioner has not filed any written Objections to the Report.  The Court concurs

19   with and accepts the findings, conclusions and recommendations of the Magistrate

20   Judge.

21         IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition

22   on the merits with prejudice.

23

24   DATED:  August 6, 2012

25

26                                              _____

27                                                       JAMES V. SELNA
                                                    United States District Judge
28