UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS M. QUEZADA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>K. HARRINGTON (WARDEN),<br><br>　　　　　Respondent. | No. CV 10-5103 JVS (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 6, 2012

　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　United States District Judge